NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**YAO-HUNG HUANG, BIG TIME AUTO PARTS MANUFACTURING, INC., A TAIWAN CORPORATION,**
*Plaintiffs-Appellants*

**v.**

**MARKLYN GROUP, INC., A CANADIAN CORPORATION, DBA ALPENA,**
*Defendant-Appellee*

---

2015-1587

---

Appeal from the United States District Court for the District of Colorado in No. 1:11-cv-01765-REB-NYW, Judge Robert E. Blackburn.

---

## JUDGMENT

---

AARON P. BRADFORD, Holland & Knight, LLP, Denver, CO, argued for plaintiffs-appellants. Also represented by CINDY NGOC-YEN PHAM.

JAMES ARTHUR JABLONSKI, Law Office of James A. Jablonski, Denver, CO, argued for defendant-appellee.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| February 4, 2016 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |